UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORRI WALTON OSIBODU,<br>on behalf herself and all other similarly situated,<br><br>       Plaintiff,<br>v.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 1:23-cv-01813<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, GXO Logistics Supply Chain, Inc., hereby removes this action from the Hendricks Superior Court in the State of Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446. In support thereof, Defendant states as follows:

1. Plaintiff Lorri Walton Osibodu initiated this action on or about September 12, 2023, by filing a Complaint in the Superior Court of Hendricks County, Indiana (Cause No. 32D04-2309-PL-000110) against Defendant GXO Logistics Supply Chain, Inc. Plaintiff served Defendant with a copy of the Complaint and Summons by United States Mail on September 21, 2023. True and correct copies of all process, pleadings, and orders served on Defendant in the state court matter are attached as **Exhibit A**.

2. Defendant filed this Notice of Removal within 30 days of receiving the initial pleadings and within one year of the commencement of this action, in compliance with 28 U.S.C. § 1446(b). Because the Hendricks Superior Court in Hendricks County, Indiana lies in the Southern District of Indiana, this Court is the appropriate venue for removal. 28 U.S.C. §§ 94(b)(1) and 1441.

3. Venue is proper in this Court. This matter is being removed to the District Court for the district and division within which such state court action is pending. Thus, this is the proper District Court to which this case should be removed. *See* 28 U.S.C. §§ 1441(a) and 1446(a).

4. Plaintiff asserts claims under federal law; specifically, the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*

5. This action is removable pursuant to 28 U.S.C. §§ 1331 and 1441 because this cause of action arises under the Constitution, treaties or laws of the United States.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal has been properly served on Plaintiff's counsel and a copy of this Notice of Removal will be filed promptly with the Clerk of the Hendricks Superior Court of Hendricks County, Indiana.

7. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

WHEREFORE, Defendant removes the instant action from the Superior Court, Hendricks County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

/s/ Megan Van Pelt
Megan Van Pelt
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
Telephone: (317) 489-6930; Fax: (317) 489-6931
E-mail: megan.vanpelt@jacksonlewis.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 9, 2023, I filed the foregoing *Defendant's Notice of Removal* with the Clerk of the Court. Notice of this filing will be sent to the following by prepaid U.S. first class mail to the following address:

>Colin E. Flora
>Pavlack Law, LLC
>50 East 91st Street, Suite 305
>Indianapolis, Indiana 46240
>colin@pavlacklawfirm.com
>
>Clifford M. Robinson
>The Law Office of Clifford M. Robinson, LLC
>205 West Washington Street, Suite B
>Rensselaer, Indiana 47978
>cliff@cmrobinsonlaw.com

>/s/ Megan Van Pelt
>Megan Van Pelt

4862-7095-7443, v. 1