**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LORRI WALTON OSIBODU, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GXO LOGISTICS SUPPLY CHAIN, INC.,<br><br>    Defendant. | CASE NO. 1:23-cv-01813-JRS-MKK<br><br>District Judge<br>Hon. James R. Sweeney II<br><br>Magistrate Judge<br>Hon. M. Kendra Klump<br><br>**CLASS ACTION** |

**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff Lorri Walton

Osibodu ("Plaintiff"), by counsel, respectfully requests this Court grant preliminary approval of a

class action settlement agreement reached in this matter.

Specifically, Plaintiff requests preliminary Court approval of the following:

(a)    The Class Action Settlement Agreement, attached hereto as Exhibit 1, between

Plaintiff, on her behalf and as Class Representative on behalf of all members of the proposed

settlement class and proposed settlement subclass as defined herein, and Defendant, GXO

Logistics Supply Chain, Inc. ("GXO");

(b)    Conditional certification of the Plaintiff Class ("Class") and Plaintiff Subclass

("Subclass") defined as follows:

**Plaintiff Class**

All current or former hourly employees of GXO Logistics Supply Chain, Inc. who
worked at the Clayton, Indiana facility at any time from September 12, 2021, to the
date of Preliminary Approval.

**Plaintiff Subclass**

All members of the Plaintiff Class who were not involuntarily separated from their employment with GXO Logistics Supply Chain, Inc. prior to April 3, 2025.

(c)     The method and form of notice to the Class and Subclass members and proceed to promptly conclude this matter for the benefit of Plaintiff and the collective benefit of the members of the Class and Subclass, without the additional expense and uncertainty of ongoing litigation;

(d)     The Notice of Class Action Settlement attached to the Class Action Settlement Agreement as Exhibit A (the "Class Notice") and authorization of the mailing of the Class Notice to the members of the Class and Subclass;

(e)     Appointment of Plaintiff as Class Representative, Atticus Administration, LLC as the Administrator and undersigned counsel as Class Counsel; and

(f)     Set a date/time for hearing on final approval of the settlement after members of the proposed Class and Subclass have had an adequate opportunity to object or opt out of the settlement.

In further support of this motion, Plaintiff files herewith her Memorandum in *Support of Unopposed Motion for Preliminary Approval of Class Action Partial Settlement Agreement*.

WHEREFORE, Plaintiff, Lorri Walton Osibodu, respectfully requests that this Court enter an order: (1) preliminarily approving the attached Class Action Settlement Agreement and finding it to be a fair, reasonable and adequate resolution of this action; (2) conditionally certifying the Class and Subclass for settlement purposes; (3) appointing Plaintiff as the Class Representative for the Class and Subclass; (4) appointing undersigned counsel as Class Counsel for the Class and Subclass; (5) appointing Atticus Administration, LLC as the Administrator; (6)

approving the Class Notice and authorizing mailing of the Class Notice; (7) requiring GXO to

provide the Administrator with data necessary—i.e., identification and contact information—to

effect notice and calculate awards to the Class and Subclass; (8) setting a deadline for objections

to the class settlement and requests for exclusion from the Rule 23 Class; (9) finding the

proposed attorney's fees, costs and administrative costs to be reasonable; and (10) setting a final

approval hearing and a deadline for the filing of a motion for final approval of the Class Action

Settlement Agreement.

Respectfully submitted,

*/s/ Colin E. Flora*
Colin E. Flora, #29914-49
PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 fax
*Colin@PavlackLawFirm.com*

Clifford M. Robinson, #30826-49
THE LAW OFFICE OF CLIFFORD
M. ROBINSON, LLC
205 W. Washington St., Ste. B
Rensselaer, IN 47978
(219) 964-4288
*Cliff@CMRobinsonLaw.com*

**Counsel for Plaintiff and the
Proposed Settlement Class and
Proposed Settlement Subclass**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Court's ECF system on

July 21, 2025. Notice of this filing will be sent automatically by operation of the Court's system

to all counsel of record.

/s/ *Colin E. Flora*
Colin E. Flora