UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORRI WALTON OSIBODU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01813-MKK-JRS |
| ) | |
| GXO LOGISTICS SUPPLY CHAIN, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on Defendant's Administrative Motion to Appear Remotely at the December 10, 2025 Hearing; Declaration of Jesse Ferrantella, Dkt. [81]. On August 1, 2025, the Court scheduled a fairness hearing for October 20, 2025. (Dkt. 71). On August 29, 2025, the Court granted the parties' Joint Motion to Reschedule Fairness Hearing and reset the hearing for December 10, 2025. (Dkt. 75). On December 4, 2025, less than a week before the hearing, Defendant filed this Motion to appear remotely at the hearing because counsel is based in San Diego, California and has a previously scheduled deposition that day. (Dkt. 81). It is not clear why those obstacles to travel were not expressed to the Court at an earlier point in the four months since the Court scheduled the original hearing. Additionally, there is counsel of record for Defendant who is based in Indianapolis. As such, the Court **GRANTS IN PART** the Motion.

**IT IS THEREFORE ORDERED** that Defendant's San Diego-based counsel is permitted to attend the December 10, 2025, fairness hearing via teleconference, **so long as** there is at least one defense counsel of record present

in-person at the hearing. San Diego counsel shall access the teleconference using login information to be provided via email generated by the Court's ECF system.

So ORDERED.

Date: 12/05/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF